UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CARLOS GARCIA,<br><br>  Petitioner,<br><br>  v.<br><br>KIM HOLLAND, Warden,<br><br>  Respondent. | ) Case No. EDCV 13-1160 VAP(JC)<br>)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>) |

    Pursuant to this Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed.

    IT IS SO ADJUDGED.

DATED: July 17, 2013

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE